**UNITED STATES of America,
Appellee,**

v.

**Emery Joseph BEAULIEU, also known
as Joe Beaulieu, Appellant.**

No. 00–2339.

United States Court of Appeals,
Eighth Circuit.

Submitted June 18, 2001.

Filed June 22, 2001.

Before McMILLIAN, LAY, and FAGG,
Circuit Judges.

PER CURIAM.

After a bench trial, the district court convicted Emery Joseph Beaulieu of two counts of aggravated sexual abuse of a child and sentenced Beaulieu to 108 months imprisonment and five years supervised release. On appeal, Beaulieu's counsel has filed a brief and moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Beaulieu has not filed a pro se supplemental brief. Because we conclude Beaulieu knowingly and voluntarily waived his right to appeal his conviction and sentence, *see United States v. Michelsen,* 141 F.3d 867, 871–72 (8th Cir.), *cert. denied,* 525 U.S. 942, 119 S.Ct. 363, 142 L.Ed.2d 299 (1998), we enforce the waiver and dismiss this appeal, *see United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska, sitting by designation.

Cir.2000) (per curiam). Counsel's motion to withdraw is granted.